UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VICTOR LEE CRUMP,<br><br>                    Plaintiff,<br><br>v.<br><br>NOAH NAGY, *et al.*,<br><br>                    Defendants. | Case No. 23-cv-13138<br>Honorable Mark A. Goldsmith<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING PLAINTIFF'S MOTION
FOR ORDER TO SHOW CAUSE
(ECF NO. 12)**

Plaintiff Victor Lee Crump, a pro se prisoner of the Michigan Department of Corrections, sues defendants under 42 U.S.C. § 1983 for deliberate indifference to his serious medical needs. ECF No. 1. The Honorable Mark A. Goldsmith referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 5; ECF No. 14.

Lee moves for an order directing defendants to show cause why they should not be found in contempt for transferring Lee to another prison. ECF No. 12. He contends that (1) the new facility lacks interpreter services that he requires because of his hearing impairment, (2) receipt of his mail has been delayed, and (3) the transfer is somehow misleading to the Court.

But Lee does not explain why those issues would support a finding of contempt. For example, he has not shown that defendants have violated a court order. Thus, Lee's motion is **DENIED**.

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: August 15, 2024

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 15, 2024.

s/Donald Peruski<br>
DONALD PERUSKI<br>
Case Manager